---

**ALLAN B. MENDELSOHN, LLP**

38 NEW STREET

HUNTINGTON, NY 11743

TELEPHONE (631) 923-1625     FACSIMILE (631) 423-4536

ALLAN B. MENDELSOHN
MICHAEL J. O'SULLIVAN

OF COUNSEL

---

August 7, 2018

Chambers of the Hon. Carol Bagley Amon
U.S. District Judge
U.S. District Court – EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Gustavia Home, LLC v. White, et al.,
               Case No. 1:16-CV-06926-CBA-RER

*[RECEIVED IN CHAMBERS OF HON. CAROL B. AMON AUG 10 2018]*

Dear Judge Amon:

      I am the Court appointed Referee to Sell in the above federal foreclosure case.

      On July 31, 2018, in accordance with your Order of December 14, 2017, I held a foreclosure sale which resulted in the Plaintiff being the successful purchaser.

      I have not yet executed the Deed or other transfer documents, but anticipate the Plaintiff will ask me to do so shortly.

      Typically, a Judgment of Foreclosure and Sale will include a decretal paragraph fixing the fee of the Referee and directing payment by the Plaintiff. The Report and Recommendation of the Magistrate Judge did not include any such provision. Your Honor entered an Order approving that Report and Recommendation and, thereafter, approved my appointment as Referee.

      As a Court appointed fiduciary, I cannot accept any compensation without an Order of the Court.

      I would respectfully request an Order be entered fixing the compensation to be paid. Exclusive of travel time, but including anticipated time for reviewing and executing the transfer documents, I would estimate my total time in this matter at between 2 1/2 - 3 hours.

                                                              Most Respectfully,

                                                              Allan B. Mendelsohn

ABM:vw
cc:    Margolin & Weinreb
         Hasbani & Light