

450 Seventh Ave
Suite 1408
New York, NY 10123

January 17, 2020

Danielle P. Light
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

*Licensed in NY & NJ*

**Via ECF**
Judge Ramon Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  Docket No. 1:16-cv-06926-CBA-RER
Gustavia Home, LLC vs. White, Mark A., et al.

Dear Judge Reyes:

We represent Plaintiff in the above referenced matter.  We write to provide the Court with an update.  This case has been resolved and the auction was held on February 19, 2019 and the property reverted back to Plaintiff.  Please let us know whether we can provide additional information.

Thank you,

/s/*Danielle P. Light*